UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:25-cv-24469-LEIBOWITZ/Augustin-Birch

**RAIZENDER YACHTING LTD,**
  *Plaintiff,*

v.

**M/Y PONYO and LIMITLESS SEAS, INC.**,
  *Defendants.*
_____/

## ORDER ADOPTING MAGISTRATE REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation on Plaintiff's Motion for Entry of Final Default Judgment against Defendant Limitless Seas, Inc. [ECF No. 18] (the "R&R"), filed on February 4, 2026, recommending that Plaintiff's Motion for Final Default Judgment [ECF No. 13] ("the Motion") be GRANTED. [ECF No. 18 at 1, 6]. The undersigned previously referred the Motion to U.S. Magistrate Judge Augustin-Birch for a report and recommendation, consistent with 28 U.S.C. § 636(b)(1)(B), Rule 72 of the Federal Rules of Civil Procedure, and Rule 1(d) of the Local Magistrate Judge Rules. [ECF No. 14]. No objections to the R&R were filed during the 14-day objection period. Thus, having reviewed the Motion, the record, the Report and Recommendation, the governing law and finding no error, it is hereby **ORDERED AND ADJUDGED** that:

  1. The Magistrate Judge's Report and Recommendation [ECF No. 18] is **AFFIRMED** and **ADOPTED** and fully incorporated herein.

  2. Plaintiff's Motion for Final Default Judgment against Defendant Limitless Seas, Inc. [ECF No. 13] is **GRANTED.**

  3. Final Default Judgment will be entered by separate order under Rule 58 of the Federal Rules of Civil Procedure.

  4. Plaintiff is directed to e-mail a proposed Final Judgment in Word to leibowitz@flsd.uscourts.gov **no later than February 27, 2026**, failing which Plaintiff's claims against Limitless Seas, Inc., will be dismissed, *without further notice*.

5. Plaintiff must also file a Status Report with the Court **by March 6, 2026**, informing the Court as to whether this case should be closed pending the entry of Final Judgment against Limitless Seas, Inc.

**DONE AND ORDERED** in the Southern District of Florida on February 19, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record