**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-cv-24469-LEIBOWITZ/AUGUSTIN-BIRCH**

**RAIZENDER YACHTING LTD.,**

*Plaintiff*,

*v.*

**M/Y PONYO AND LIMITLESS SEAS, INC.,**

*Defendants.*
_______________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court upon the Report and Recommendation on Plaintiff's Motion for Attorney's Fees against defaulted Defendant Limitless Seas, Inc. [ECF No. 56] (the "R&R"), filed on July 29, 2026, recommending that Plaintiff's Motion [ECF No. 22] ("the Motion") be GRANTED IN PART and DENIED IN PART. [ECF No. 56 at 1, 7]. The undersigned previously referred the Motion to U.S. Magistrate Judge Augustin-Birch for a report and recommendation, consistent with 28 U.S.C. § 636(b)(1)(B), Rule 72 of the Federal Rules of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules. [ECF No. 23]. No objections to the R&R were filed during the 14-day objection period. Thus, having reviewed the Motion, the record, the Report and Recommendation, the governing law and finding no error, it is hereby **ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation [ECF No. 56] is **AFFIRMED** and **ADOPTED** and fully incorporated herein.

2. Plaintiff's Motion for Attorney's Fees [**ECF No. 22**] is **GRANTED IN PART and DENIED IN PART.**

3. The Court awards Plaintiff <u>$59,983.07 in attorney's fees</u> and <u>$699.54 in taxable costs</u> against Defendant Limitless Seas, Inc.

**DONE AND ORDERED** in the Southern District of Florida on August 18, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record